JS - 6

cc: order, docket, remand letter to
San Bernardino Superior Court, Rancho Cucamonga, No. CIVRS 1200379

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL ELYAZAL, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., a National Association; et al.,<br><br>　　　　　　Defendants.<br>_____ | Case No.<br><br>EDCV 12-00963 DDP (SPx)<br><br>**ORDER OF REMAND** |

　　Plaintiff has not responded to the court's Order to Show Cause why his Truth In Lending Act claim should not be dismissed as time-barred. (Dkt. No. 6.) The court construes Plaintiff's failure to respond as consent to dismissal of his TILA claim. The TILA claim is, therefore, DISMISSED. Absent any federal question, this court lacks subject matter jurisdiction over Plaintiff's remaining state law claims. Those claims are hereby remanded to the San Bernardino County Superior Court.

　　The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: August 29, 2012

　　　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge